## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC.,<br><br>              Plaintiff,<br><br>vs.<br><br>ADVANCE PUBLICATIONS, INC., a New York corporation; ALM MEDIA PROPERTIES, LLC, a Delaware limited liability company; AMAZON.COM, INC., a Delaware corporation; AMERICAN MEDIA, INC., a Delaware corporation; AUTOTRADER.COM, INC, a Delaware corporation;  DELL INC., a Delaware corporation;  DEMAND MEDIA, INC., a Delaware corporation; EXPEDIA, INC., a Delaware corporation; RODALE INC., a Pennsylvania corporation; SCRIPPS NETWORKS, LLC, a Delaware corporation; VIACOM INC., a Delaware corporation; VILLAGE VOICE MEDIA HOLDINGS, LLC, a Delaware corporation;<br><br>              Defendants. | CASE NO. 2:11-CV-229-MHS-CMC<br><br>**Jury Trial Demanded** |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to P.R. 4-5(d) Plaintiff Beneficial Innovations, Inc. and Defendants Advance Publications, Inc., ALM Media Properties, LLC, Amazon.com, Inc., American Media, Inc., Autotrader.com, Inc., Demand Media, Inc., Expedia, Inc., Scripps Networks, LLC, Viacom, Inc., and Village Voice Media Holdings, LLC (collectively referred to as "Defendants") hereby file these Joint Claim Construction Charts.  The Joint Claim Construction Charts, attached hereto as Exhibit A1 (U.S. Patent No. 7,496,943) and Exhibit A2 (U.S. Patent No. 6,712,702), list the

complete language of the disputed claims with the disputed terms in bold type and include separate columns containing Plaintiff's and Defendants' proposed constructions along with a blank column for the Court's construction.

| | |
|---|---|
| Dated: January 7, 2013 | Respectfully submitted, |
| | By: /s/ David E. Rosen |
| | S. Calvin Capshaw State Bar No. 03783900<br>Elizabeth L. DeRieux State Bar No. 05770585<br>Capshaw DeRieux, LLP<br>114 E. Commerce Ave.<br>Gladewater, Texas 75647<br>Telephone: (903) 236-9800<br>Facsimile: (903) 236-8787<br>Email: ccapshaw@capshawlaw.com<br>Email: ederieux@capshawlaw.com |
| | Of Counsel: |
| | David E. Rosen<br>CA State Bar No. 155385<br>Murphy Rosen Meylan & Davitt LLP<br>100 Wilshire Boulevard, Suite 1300<br>Santa Monica, CA 90401<br>Telephone: 310-899-3300<br>Facsimile: 310-399-7201 |
| | Gregory S. Dovel<br>CA State Bar No. 135387<br>Julien Adams<br>CA State Bar No. 156135<br>Dovel & Luner, LLP<br>201 Santa Monica Blvd., Suite 600<br>Santa Monica, CA 90401 |
| | **ATTORNEYS FOR PLAINTIFF, BENEFICIAL INNOVATIONS, INC.** |
| Dated: January 7, 2013 | Respectfully submitted,<br>By: /s/ Christopher C. Miller |
| | Christopher C. Miller Texas Bar No. 24013163<br>Mary-Olga Lovett Texas Bar No. 00789289<br>1000 Louisiana Street, Suite 1800<br>Houston, Texas 77002<br>Telephone: (713) 374-3500<br>Telecopier: (713) 374-3505 |

                                            Nicholas A. Brown
                                            Joseph R. Wetzel
                                            Greenberg Traurig LLP
                                            4 Embarcadero Center, Suite 3000
                                            San Francisco, CA 94111-5983
                                            Telephone: (415) 655-1300
                                            Facsimile: (415) 707-2010

                                            **ATTORNEYS FOR DEFENDANT**
                                            **DEMAND MEDIA, INC**.

Dated: January 7, 2013                   Respectfully submitted,

                                            By: /s/ Stuart M. Rosenberg
                                            Stuart M. Rosenberg *(Admitted Pro hac vice)*
                                            Y. Ernest Hsin *(Admitted Pro hac vice)*
                                            GIBSON, DUNN & CRUTCHER LLP
                                            1881 Page Mill Road
                                            Palo Alto, CA 94304-1211
                                            Telephone: 650.849.5300

                                            Jennifer H. Doan
                                            Texas Bar No. 08809050
                                            J. Scott Andrews
                                            Texas Bar No. 24064823
                                            6500 Summerhill Road, Suite 100
                                            Texarkana, TX 75503
                                            Telephone: 903.255.1002
                                            Fax: 903.255.0800

                                            Wayne Barsky *(Admitted Pro hac vice)*
                                            GIBSON, DUNN & CRUTCHER LLP
                                            2029 Century Park East
                                            Los Angeles, CA 90067-3026
                                            Telephone: 310.552.8500
                                            Fax: 310.551.8741

                                            **ATTORNEYS FOR DEFENDANT**
                                            **AMAZON.COM, INC., EXPEDIA, INC.,**
                                            **SCRIPPS, INC., and VIACOM, INC.**

Dated: January 7, 2013                   Respectfully submitted,
                                            By: /s/ Samuel Franklin Baxter
                                            Samuel Franklin Baxter, Esq.
                                            McKool Smith
                                            104 East Houston Street, Suite 300
                                            Marshall, TX 75670
                                            Telephone: (903) 923-9000
                                            Facsimile: (903) 923-9099

                                            Steven Lieberman
                                            Brian Rosenbloom
                                            Rothwell, Figg, Ernst & Manbeck
                                            1425 K Street, NW, Suite 800

Washington, DC 20005
Telephone: (202) 783-6040
Facsimile: (202) 783-6031

**ATTORNEYS FOR DEFENDANT ADVANCE PUBLICATIONS, INC., ALM MEDIA PROPERTIES, INC., AUTOTRADER.COM, INC., and AMERICAN MEDIA, INC.**

Dated: January 7, 2013

Respectfully submitted,
By: Mark C. Nelson
Mark C. Nelson
Texas Bar No. 00794361
Steven M. Geiszler
Texas Bar No. 24032227
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201-1858
Telephone: (214) 259-0900
Facsimile: (214) 259-0910

**ATTORNEYS FOR DEFENDANT VILLAGE VOICE MEDIA HOLDINGS, LLC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 7th day of January, 2013. Any other counsel of record will be served by first class U.S. mail on this same date.

       /s/ David E. Rosen
       David E. Rosen