UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 2:11-CV-229-JRG-RSP |
| ADVANCE PUBLICATIONS, INC.; ALM MEDIA PROPERTIES, LLC; AMAZON.COM, INC.; AMERICAN MEDIA, INC.; AUTOTRADER.COM, INC.; EXPEDIA, INC.; SCRIPPS NETWORKS, LLC; VIACOM INC.; and VILLAGE VOICE MEDIA HOLDINGS, LLC, | **JURY TRIAL DEMANDED** |
| Defendants. | |

**ORDER**

Before the Court is Defendants' Motion for Summary Judgment of Indefiniteness (the "Motion").  Having fully considered the motion, the Court has determined that the Motion should be, and is hereby, **GRANTED**.  It is therefore

**ORDERED** that the Motion is **GRANTED** in its entirety.