IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ADVANCE PUBLICATIONS, INC., ET AL.,<br><br>　　　　Defendants. | CASE NO. 2:11-cv-229-JRG-RSP<br><br>**Jury Trial Demanded** |

## ORDER OF DISMISSAL

On this day came to be considered the Joint Motion to Dismiss filed by Plaintiff Beneficial Innovations, Inc. ("Beneficial") and Defendant ALM Media Properties, LLC ("ALM"), and the Court being of the opinion that the same should be granted, it is therefore,

ORDERED, ADJUDGED, AND DECREED, that the Joint Motion to Dismiss is GRANTED. Beneficial's claims against ALM are hereby dismissed with prejudice, and ALM's counterclaims against Beneficial are hereby dismissed with prejudice. Each party shall bear its own costs, expenses and attorneys' fees.

**SIGNED this 1st day of July, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE