KP"VJG"WPKVGF"UVCVGU"FKUVTKEV"EQWTV"
HQT"VJG"GCUVGTP"FKUVTKEV"QH"VGZCU"
OCTUJCNN"FKXKUKQP"

| | |
|---|---|
| DGPGHKEKCN"KPPQXCVKQPU."KPE0" § | |
| """"""""""""""""""""""""""""§ | |
| """""""""""""""""""""""""""""Rnckpvkhh. § | |
| § | ECUG"PQ0"4<33/ex/44;/LTI/TUR" |
| xu0 § | |
| § | |
| COGTKECP"OGFKC."GV"CN0 § | |
| """"""""""""""""""""""""""""§ | |
| """""""""""""""""""""""""""""Fghgpfcpvu0 § | |

## ORDER OF DISMISSAL

Qp"vjku"fc{"ecog"vq"dg"eqpukfgtgf"vjg"Lqkpv"Oqvkqp"vq"Fkuokuu"hkngf"d{"Rnckpvkhh"

Dgpghkekcn"Kppqxcvkqpu."Kpe0"*õDgpghkekcnö+"cpf"Fghgpfcpv"Cogtkecp"Ogfkc."Kpe0"*õCogtkecp"

Ogfkcö+."cpf"vjg"Eqwtv"dgkpi"qh"vjg"qrkpkqp"vjcv"vjg"uceg"ujqwf"dg"itcpvgf."kv"ku"vjgtghqtg,"

QTFGTGF."CFLWFIGF."CPF"FGETGGF."vjcv"vjg"Lqkpv"Oqvkqp"vq"Fkuokuu"ku"

ITCPVGF0"Dgpghkekcnøu"enckou"cickpuv"Cogtkecp"Ogfkc"ctg"jgtgd{"fkuokuugf"ykvj"rtglwfkeg."

cpf"Cogtkecp"Ogfkcøu"eqwpvgtenckou"cickpuv"Dgpghkekcn"ctg"jgtgd{"fkuokuugf"ykvj"rtglwfkeg0"

Gcej"rctv{"ujcnn"dgct"ku"qyp"equvu."gzrgpugu"cpf"cwqtpg{uø"hggu0

""""""""""Vjg"Engtm"ku"qtfgtgf"vq"vgtokpcvg"Cogtkecp"Ogfkc."Kpe0hqo"Ekxkn"Ecug"Pq0"

4<33/ex/44;/LTI/TUR0

"       **S**IGNED this 10th day of September, 2013.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE