IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VILLAGE VOICE MEDIA HOLDINGS, LLC, ET AL., <br><br> Defendants. | CASE NO. 2:11-cv-229-JRG-RSP |

## ORDER OF DISMISSAL

On this day came to be considered the Joint Motion to Dismiss filed by Plaintiff Beneficial Innovations, Inc. ("Beneficial") and Defendant Village Voice Media Holdings, LLC ("Village Voice"), and the Court being of the opinion that the same should be granted, it is therefore,

ORDERED, ADJUDGED, AND DECREED, that the Joint Motion to Dismiss is GRANTED. Beneficial's claims against Village Voice are hereby dismissed with prejudice, and Village Voice's counterclaims against Beneficial are hereby dismissed with prejudice. Each party shall bear its own costs, expenses and attorneys' fees.

The Clerk is ORDERED to terminate Village Voice Holdings, LLC from Case No. 2:11-CV-229-JRG-RSP.

**SIGNED this 29th day of September, 2013.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE