IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EXPEDIA, INC., ET AL., <br><br> Defendants. | CASE NO. 2:11-cv-229-JRG-RSP |

## ORDER OF DISMISSAL

On this day came to be considered the Joint Motion to Dismiss filed by Plaintiff Beneficial Innovations, Inc. ("Beneficial") and Defendant Expedia, Inc. ("Expedia"), and the Court being of the opinion that the same should be granted, it is therefore,

ORDERED, ADJUDGED, AND DECREED, that the Joint Motion to Dismiss is GRANTED.  Beneficial's claims against Expedia are hereby dismissed with prejudice, and Expedia's counterclaims against Beneficial are hereby dismissed with prejudice.  Each party shall bear its own costs, expenses and attorneys' fees.

The Clerk is ORDERED to terminate Expedia from Case No. 2:11-cv-229.

**SIGNED this 27th day of October, 2013.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE