IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SCRIPPS NETWORKS, LLC, ET AL.,<br><br>Defendants. | CASE NO. 2:11-cv-229-JRG-RSP |

## ORDER OF DISMISSAL

On this day came to be considered the Joint Motion to Dismiss filed by Plaintiff Beneficial Innovations, Inc. ("Beneficial") and Defendant Scripps Networks, LLC ("Scripps"), and the Court being of the opinion that the same should be granted, it is therefore,

ORDERED, ADJUDGED, AND DECREED, that the Joint Motion to Dismiss is GRANTED. Beneficial's claims against Scripps are hereby dismissed with prejudice, and Scripps' counterclaims against Beneficial are hereby dismissed with prejudice. Each party shall bear its own costs, expenses and attorneys' fees. The Court retains jurisdiction to enforce the written settlement agreement between Beneficial and Scripps.

The Clerk is ORDERED to terminate Scripps Networks, LLC from Case No. 2:11-cv-229.

**SIGNED this 4th day of November, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE