IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GOOGLE INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> BENEFICIAL INNOVATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED PUBLICATIONS, INC., a New York corporation; ALM MEDIA PROPERTIES, LLC, a Delaware limited liability company; AMAZON.COM, INC., a Delaware corporation; AMERICAN MEDIA, INC., a Delaware corporation; AUTOTRADER.COM, INC., a Delaware corporation; DELL INC., a Delaware corporation; DEMAND MEDIA, INC., a Delaware corporation; EXPEDIA, INC., a Delaware corporation; RODALE INC., a Pennsylvania corporation; SCRIPPS NETWORKS, LLC, a Delaware corporation; VIACOM INC., a Delaware corporation; VILLAGE VOICE MEDIA HOLDINGS, LLC, a Delaware corporation <br><br> Defendants. | Case No. 2:11-cv-229-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

**GOOGLE INC. AND BENEFICIAL INNOVATIONS, INC.'S JOINT NOTICE REGARDING AGREEMENTS REACHED CONCERNING PRETRIAL DISCLOSURES**

Pursuant to the Court's April 2, 2013, Docket Control Order (Dkt. 289), Third-Party Plaintiff Google Inc. ("Google") and Counter-Defendant Beneficial Innovations, Inc. ("Beneficial") advise the Court that they have reached a number of agreements to withdraw certain objections contained within the parties' exhibit lists and deposition designations, and that they are working on reaching additional agreements related thereto. The parties will provide the

Court with updated exhibits lists and deposition designations reflecting these agreements by no later than Monday, December 9, 2013, in advance of the Court's Pre-Trial hearing set for December 11, 2013.  The parties have not reached any further agreement limiting the Motions *in limine*.

                                  Respectfully submitted,

                                  KEKER & VAN NEST LLP

Dated:  December 6, 2013

                          By:   */s/ Jennifer A. Huber*
                                 Christa M. Anderson
                                 canderson@kvn.com
                                 Jennifer A. Huber
                                 jhuber@kvn.com
                                 633 Battery Street
                                 San Francisco, CA  94111-1809
                                 Telephone:     (415) 391-5400
                                 Facsimile:      (415) 397-7188

| E. Danielle T. Williams | Michael E. Jones |
|---|---|
| dtwilliams@kilpatricktownsend.com | Texas State Bar No. 10929400 |
| Kilpatrick Townsend & Stockton LLP | mikejones@potterminton.com |
| 1001 West Fourth Street | POTTER MINTON |
| Winston-Salem, NC  27101 | 110 N. College, Suite 500 (75702) |
| Telephone:     (336) 607-7300 | P.O. Box 359 |
| Facsimile:      (336) 607-7500 | Tyler, TX  75710 |
| | Telephone:     (903) 597-8311 |
| D. Clay Holloway | Facsimile:      (903) 593-0846 |
| cholloway@kilpatricktownsend.com | |
| 1100 Peachtree Street, N.E., Suite 2800 | |
| Atlanta, GA  30309 | |
| Telephone:     (404) 815-6500 | |
| Facsimile:      (404) 815-6555 | |

                                  Attorneys for Third-Party Plaintiff
                                  GOOGLE INC.

793824.01

Dated:  December 6, 2013

By: */s/ David E. Rosen*
S. Calvin Capshaw State Bar No. 03783900
Elizabeth L. DeRieux State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Avenue
Gladewater, TX  75647
Telephone:     (903) 236-9800
Facsimile:      (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

Of Counsel:

David E. Rosen
CA State Bar No. 155385
Murphy Rosen LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica, CA  90401
Telephone:     (310) 899-3300
Facsimile:      (310)399-7201

Gregory S. Dovel
CA State Bar No. 135387
Julien Adams
CA State Bar No. 156135
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA  90401

Attorneys for Plaintiff
BENEFICIAL INNOVATIONS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **Joint Notice Regarding Pretrial Disclosures** has been delivered to all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's EM/ECF system per Local Court Rule CV-5(a)(3) on December 6, 2013.

*/s/ Roseann Cirelli*
Roseann Cirelli

793824.01