IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ADVANCE PUBLICATIONS, INC., a New York corporation; ALM MEDIA PROPERTIES, LLC, a Delaware limited liability company; AMAZON.COM, INC., a Delaware corporation; AMERICAN MEDIA, INC., a Delaware corporation; AUTOTRADER.COM, INC, a Delaware corporation;  DELL INC., a Delaware corporation;  DEMAND MEDIA, INC., a Delaware corporation; EXPEDIA, INC., a Delaware corporation; RODALE INC., a Pennsylvania corporation; SCRIPPS NETWORKS, LLC, a Delaware corporation; VIACOM INC., a Delaware corporation; VILLAGE VOICE MEDIA HOLDINGS, LLC, a Delaware corporation; <br><br> Defendants. | CASE NO. 2:11-CV-00229-JRG-RSP <br><br> **Jury Trial Demanded** |

## BENEFICIAL INNOVATIONS, INC. AND GOOGLE INC.'S JOINT NOTICE OF UPDATED EXHIBIT LISTS, WITNESS LISTS AND DEPOSITIONS DESIGNATIONS

Pursuant to this Court's request, Counter-Defendant Beneficial Innovations, Inc. ("Beneficial") and Third-Party Plaintiff Google Inc. ("Google") jointly file this Notice providing the Court with amended exhibit lists and deposition designations attached hereto as Exhibits A-D for consideration in advance of trial.  The lists reflect the Court's rulings at the January 7, 2014

1

Pretrial Conference as well as the parties' subsequent agreements.  Also attached as Exhibits E and F and updated witness lists.

Dated:  January 9, 2014                                             Respectfully submitted,


                                          By:     /s/ David E. Rosen

                              S. Calvin Capshaw
                              State Bar No. 03783900
                              Elizabeth L. DeRieux
                              State Bar No. 05770585
                              Capshaw DeRieux, LLP
                              114 E. Commerce Ave.
                              Gladewater, Texas 75647
                              Telephone:     (903) 236-9800
                              Facsimile:      (903) 236-8787
                              Email:  ccapshaw@capshawlaw.com
                              Email:  ederieux@capshawlaw.com


Of Counsel:

David E. Rosen
CA State Bar No. 155385
Murphy Rosen LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica, CA 90401
Telephone:  310-899-3300
Facsimile:   310-399-7201

Gregory S. Dovel
CA State Bar No. 135387
Julien Adams
CA State Bar No. 156135
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:  310-656-7066
Facsimile:  310-657-7069
Email:  greg@dovellaw.com
Email:  julien@dovellaw.com


                              ATTORNEYS FOR PLAINTIFF,
                              BENEFICIAL INNOVATIONS, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 9th day of January, 2014.  Any other counsel of record will be served by first class U.S. mail on this same date.

                                       /s/ David E. Rosen
                                       David E. Rosen