UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS (Marshall Division)
GOOGLE, INC. v. BENEFICIAL INNOVATIONS, INC. v. ADVANCED PUBLICATIONS, INC., et al.
Case Number: 2:11-cv-229-JRG-RSP

**THIRD-PARTY PLAINTIFF GOOGLE, INC.'S THIRD AMENDED EXHIBIT LIST (January 9, 2014)**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|
| Hon. Rodney Gilstrap | | |

| TRIAL DATE (S) January 13, 2014 | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|

| Google No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS | Bates Numbers | Beneficial's Objections |
|---|---|---|---|---|---|---|
| 1 | | | | Settlement Agreement between Beneficial Innovations, Inc. and Google Inc. | GOOG-0002998-GOOG0003004; GOOG-0003018, GOOG-0002897 (Almeroth Depo. Ex. 357) | |
| 2 | | | | Complaint for Patent Infringement [Docket #1] | | Relevance 402/Prejudice 403 [ruling under submission before Judge Payne] |
| 3 | | | | First Amended Complaint for Patent Infringement [Docket #4] | | Relevance 402/Prejudice 403 [ruling under submission before Judge Payne] |
| 4 | | | | Second Amended Complaint for Patent Infringement [Docket #89] | | Relevance 402/Prejudice 403 [ruling under submission before Judge Payne] |

1

798886.02

**EXHIBIT A**

| | | | | |
|---|---|---|---|---|
| 5 | [Number not used][1] | | | |
| 6 | [Number not used] | | | |
| 7 | [Number not used] | | | |
| 8 | Beneficial Innovations, Inc.'s Disclosure of Asserted Claims and Infringement Contentions | (Almeroth Depo. Ex. 358) | | Relevance 402/Prejudice 403 [ruling under submission before Judge Payne] |
| 9 | Supplemental Disclosure of Asserted Claims and Infringement Contentions Under Patent Rule 3-1 | (Almeroth Depo. Ex. 359) | | Relevance 402/Prejudice 403 [ruling under submission before Judge Payne] |
| 10 | [Number not used] | | | |
| 11 | Beneficial's Claim Construction Brief [Docket #241] [Google seeks to use for impeachment only] | | | Relevance 402/Prejudice 403 [ruling under submission before Judge Payne] |
| 12 | Beneficial's Responses to Google's First Set of Interrogatories | | | |
| 13 | Beneficial's Responses to Google's First Set of Requests for Admission | | | |
| 14 | [Number not used] | | | |

---

[1] Pursuant to the Parties' meet-and-confers process, Third-Party Plaintiff Google Inc. has withdrawn certain exhibits from its Initial Disclosure of Proposed Trial Exhibits.  Google's withdrawal of such exhibits is subject to its right to use documents for impeachment only as appropriate, and to approach the Bench to seek permission from the Court to allow admission of any withdrawn exhibit. Google's withdrawal is also contingent upon Beneficial's agreement that it will not argue lack of notice or disclosure under such circumstances.

798886.02

| | | | | |
|---|---|---|---|---|
| 15 | | Supplemental Expert Report of Dr. Kevin Almeroth re Infringement by The New York Times of U.S. Patent Nos. 6,712,702 and 6,183,366 dated October 25, 2010<br>[Google seeks to use for impeachment only] | EX000987-EX001003 | Relevance 402/ Prejudice 403<br>[may be used for impeachment; Google must approach the Bench to seek admission as evidence] |
| 16 | | Exhibit B to Rebuttal Expert Report of Dr. Kevin Almeroth re Google's Complaint in Intervention (List of Materials Reviewed) | | |
| 17 | | Beneficial Innovations, Inc.'s Disclosure of Asserted Claims and Infringement Contentions, served July 18, 2008 in 2:07-CV-263<br>[Google seeks to use for impeachment only] | (Almeroth Depo. Ex. 356) | Relevance 402/ Prejudice 403<br>[may be used for impeachment only] |
| 18 | | Beneficial Innovations, Inc.'s Amended Disclosure of Asserted Claims and Infringement Contentions, served September 10, 2008 in 2:07-CV-263<br>[Google seeks to use for impeachment only] | | Relevance 402/ Prejudice 403<br>[may be used for impeachment only] |
| 19 | | Beneficial Innovations, Inc.'s Second Amended Disclosure of Asserted Claims and Infringement Contentions, served October 27, 2009 in 2:07-CV-263<br>[Google seeks to use for impeachment only] | | Relevance 402/ Prejudice 403<br>[may be used for impeachment only] |
| 20 | | Beneficial Innovation Inc.'s Third Amended Disclosure of Asserted Claims & Infringement Contentions, served April 22, 2010 in 2:07-CV-263<br>[Google seeks to use for impeachment only] | | Relevance 402/ Prejudice 403<br>[may be used for impeachment only] |
| 21 | | Complaint for Patent Infringement (2:07-CV-555) | (Almeroth Depo. Ex. 354) | Relevance 402/ Prejudice 403<br>[ruling under submission before Judge Payne] |
| 22 | | Beneficial Innovations, Inc.'s Response to Google and YouTube's First Set of Interrogatories, served | | Relevance 402/ Prejudice 403 |

| # | Description | | Objections |
|---|---|---|---|
| | November 6, 2008 in 2:07-CV-555 | | [parties agree that response to Interrogatory No. 4 may be admitted] |
| 23 | Beneficial Innovations, Inc.'s Response to Defendants' First Set of Interrogatories (Nos. 1-7), served December 5, 2008 in 2:07-CV-555 | | Relevance 402/ Prejudice 403 [parties agree that responses to Interrogatory Nos. 5, 7 may be admitted] |
| 24 | [Number not used] | | |
| 25 | [Number not used] | | |
| 26 | Beneficial Innovations, Inc.'s Amended Response to Defendants' First Set of Interrogatories (Nos. 1-7), served November 6, 2009 in 2:07-CV-555 | | Relevance 402/ Prejudice 403 [parties agree that response to Interrogatory No. 5 may be admitted] |
| 27 | Complaint for Patent Infringement (2:09-CV-175) | (Almeroth Depo. Ex. 355) | Relevance 402/ Prejudice 403 [ruling under submission before Judge Payne] |
| 28 | Beneficial Innovations, Inc.'s Amended Complaint for Patent Infringement (2:09-CV-175) | | Relevance 402/ Prejudice 403 [ruling under submission before Judge Payne] |
| 29 | US Patent No. 6,712,702 -- Goldberg | (Almeroth Depo. Ex. 353) | |
| 30 | US Patent No. 7,496,943 -- Goldberg | (Almeroth Depo. Ex. 352) | |
| 31 | May 20, 2011 letter regarding Indemnification Claim - Advance Publications | | Hearsay 802/ Relevance 402/ Prejudice 403/ |

| | | | | |
|---|---|---|---|---|
| | | | | Authenticity 901/ Rule 37 [Google contends that objections overruled pursuant to Order on Motion in *Limine*] [Beneficial contends that ruling is under submission before Judge Payne. See Rough Transcript pp. 62:11-75:3] |
| 32 | | June 29, 2011 letter regarding Indemnification Claim for Advance Publications, Inc.; ALM Media Properties, LLC; American Media, Inc. and Autotrader.com Inc. | | Hearsay 802/ Relevance 402/ Prejudice 403/ Authenticity 901/ Rule 37 [Google contends that objections overruled pursuant to Order on Motion *in Limine*] [Beneficial contends that ruling is under submission before Judge Payne. See Rough Transcript pp. 62:11-75:3] |
| 33 | | October 6, 2011 letter to Google regarding request for indemnification -- Demand Media, Inc. | | Hearsay 802/ Relevance 402/ Prejudice 403/ Authenticity 901/ Rule 37 [Objections sustained pursuant to Order on Motions *in Limine*] |

5

| 34 | | June 7, 2013 letter to Google regarding indemnification of Demand Media, Inc. | | Hearsay 802/ Relevance 402/ Prejudice 403/ Authenticity 901/ Rule 37 [Objections sustained pursuant to Order on Motions *in Limine*] |
|---|---|---|---|---|
| 35 | | August 23, 2013 letter to Google regarding indemnification of America Media, Inc. | | Hearsay 802/ Relevance 402/ Prejudice 403/ Authenticity 901/ Rule 37 [Objections sustained pursuant to Court's Order on Motion in *Limine*] |
| 36 | | September 18, 2013 letter to Google re Indemnification of Advance Publications, Inc. | | Hearsay 802/ Relevance 402/ Prejudice 403/ Authenticity 901/ Rule 37 [Google contends that objections overruled pursuant to Order on Motion in *Limine*] [Beneficial contends that ruling is under submission before Judge Payne.  See Rough Transcript pp. 62:11-75:3] |
| 37 | | September 19, 2013 letter to Google re Indemnification of AutoTrader.com, Inc. | | Hearsay 802/ Relevance 402/ Prejudice 403/ |

798886.02

| | | | |
|---|---|---|---|
| 38 | Adserver License Agreement -- DoubleClick, Inc. and AutoTrader.com, LLC | ATDR0005316-ATDR0005333 | Authenticity 901/ Rule 37 [Google contends that objections overruled pursuant to Order on Motion in *Limine*] [Beneficial contends that ruling is under submission before Judge Payne. See Rough Transcript pp. 62:11-75:3] |
| 39 | DoubleClick -- ADX Agreement -- Background Information | GOOG0002110-GOOG0002117 | |
| 40 | Google Services Agreement -- ALM Media LLC | GOOG0002126-GOOG0002134 | |
| 41 | Google Ad Reservation Service Agreement -- Demand Media, Inc. | GOOG0002135-GOOG0002148 | |
| 42 | Google Services Agreement -- Rodale Inc. | GOOG0002157-GOOG0002165 | Relevance 402 [objections sustained] |
| 43 | DoubleClick for Publishers -- Ad selection white paper | AM00001-AM00008 (Bellack Depo. Ex. 50) | |
| 44 | DoubleClick for Publishers -- Generate ad tags | BEN0003804-BEN0003807 (Bellack Depo. Ex. 56) | |
| 45 | DoubleClick for Publishers -- Targeting criteria | BEN0004257-BEN0004261 | |
| 46 | DoubleClick for Publishers -- Traffic and serve pop-up/pop-under and floating creatives to your site | BEN0004285 | |

798886.02

| | | | | | |
|---|---|---|---|---|---|
| 47 | | | DoubleClick Enterprise -- Overview of ad serving models | SN002088-SN002090 | |
| 48 | | | DoubleClick for Publishers -- Add targeting criteria to a line item | BEN0003715 | |
| 49 | | | DoubleClick for Publishers -- How ads get onto your website | BEN0003815 | |
| 50 | | | DoubleClick Rich Media -- Guide to Rich Media Innovation | GOOG0000054-GOOG0000057 | |
| 51 | | | DoubleClick for Publishers -- Overview -- Break Down Barriers to Revenue | GOOG0000203-GOOG0000206 | |
| 52 | | | DFP Small Business -- Create an ad unit | GOOG0000229-GOOG0000230 | |
| 53 | | | DART for Publishers Spring 2005 User Group Recap and Roadmap | GOOG0000461-GOOG0000491 | Relevance 402/ Prejudice 403/ [objections overruled] |
| 54 | | | DoubleClick -- Transforming the Platform -- Jonathan Bellack, April 16, 2009 | GOOG-0000550-GOOG0000564 | Relevance 402/ Prejudice 403/ [objections overruled] |
| 55 | | | DoubleClick -- Managing Growth | GOOG0000584-GOOG0000601 | Relevance 402/ Prejudice 403/ [objections overruled] |
| 56 | | | DoubleClick -- Life of a Display Ad | GOOG0001734-GOOG0001749 | |
| 57 | | | Intro to DoubleClick's Publisher Platforms: DART for Publishers and DART Enterprise | GOOG0000925-GOOG0000949 | |
| 58 | | | DoubleClick -- Training, References & Tools | GOOG0002714-GOOG0002715 | |
| 59 | | | DoubleClick Rich Media -- ad tag | BEN0003706 | |
| 60 | | | DFP by Google -- Features and Benefits | BEN0003778-BEN0003779 | |

8

| | | | | |
|---|---|---|---|---|
| 61 | | DFP Small Business -- Generate ad tags | BEN0003803-GOOG0003807 | |
| 62 | | Doubleclick for Publishers: Syntax for JavaScript, iframe, and image DART tags | BEN0004250-BEN0004254 | |
| 63 | | Spreadsheet identifying All DFP or Ad-serving products | | |
| 64 | | Third-Party Cookies vs. First-Party Cookies [Google seeks to use for impeachment only] | | [may be used for impeachment only] |
| 65 | | A study of Internet users' cookies and javascript settings [Google seeks to use for impeachment only] | | [may be used for impeachment only] |
| 66 | | Computing Practices -- Mosaic and the World-Wide Web | | Hearsay 802/ Relevance 402/ Prejudice 403/ Authenticity 901/ Rule 37 [learned treatise; may be read to jury but not admitted] |
| 67 | | Proposed HTTP State-Info Mechanism | (Almeroth Depo. Ex. 365) | Hearsay 802/ Authenticity 901/ Rule 37 [learned treatise; may be read to jury but not admitted] |
| 68 | | HTTP State Management Mechanism | | Hearsay 802/ Authenticity 901 [learned treatise; may be read to jury but not admitted] |
| 69 | | HTTP Cookies: Standards, Privacy, and Politics | (Almeroth Depo. Ex. 364) | Hearsay 802/ Authenticity 901 |

798886.02

| | | | | |
|---|---|---|---|---|
| | | | | [learned treatise; may be read to jury but not admitted] |
| 70 | | Online Advertising History-- Flash by name, Cookies by Nature | | Hearsay 802/ Relevance 402/ Authenticity 901/ Rule 37 [learned treatise; may be read to jury but not admitted] |
| 71 | | State Wars, part XI (was: Revised Charter) by M. Hedlund | | Hearsay 802/ Relevance 402/ Authenticity 901/ Rule 37 [Google contends that objections overruled; requires authentication] [Beneficial contends authentication objection sustained.  See Rough Transcript, pp. 97:16-19] |
| 72 | | Re: State Wars, part XI (was: Revised Charter) By K. Holtman | | Hearsay 802/ Relevance 402/ Prejudice 403/ Authenticity 901/ Rule 37 [Google contends that objections overruled; requires authentication] [Beneficial contends authentication objection sustained.  See Rough Transcript, pp. 97:16-19] |

10

798886.02

| | | | | | |
|---|---|---|---|---|---|
| 73 | | | JavaScript: The Definitive Guide, Sixth Edition, 2011 | | Hearsay 802/ Relevance 402/ Authenticity 901/ Rule 37 [learned treatise; may be read to jury but not admitted] |
| 74 | | | Third-Party JavaScript | | Hearsay 802/ Relevance 402/ Authenticity 901/ Rule 37 [learned treatise; may be read to jury but not admitted] |
| 75 | | | Internet World Guide to Maintaining and Updating Dynamic Web Sites | | Hearsay 802/ Relevance 402/ Prejudice 403/ Authenticity 901/ Rule 37 [learned treatise; may be read to jury but not admitted] |
| 76 | | | Persistent Client State HTTP [Google seeks to use for impeachment only] | (Almeroth Depo. Ex. 362) | [may be used for impeachment only] |
| 77 | | | Screenshots of www.nytimes.com showing Document Object Model | | Hearsay 802/ Authenticity 901 [No objection to use for demonstrative purposes only] [objections overruled] |
| 78 | | | Internet Archives.org at http://web/20000229035814/http://newcareerpath.com/? (Feb. 29, 2000) | | Hearsay 802/ Relevance 402/ Authenticity 901/ |

11

| | | | | | |
|---|---|---|---|---|---|
| 79 | | [Number not used] | | | Rule 37 [No objection to use for demonstrative purposes only] [objections overruled] |
| 80 | | [Number not used] | | | |
| 81 | | [Number not used] | | | |
| 82 | | US Patent No. 5,774,670 -- Montulli | | (Almeroth Depo. Ex. 363) | |
| 83 | | Computer Networks, Third Edition, Andrew S. Tanenbaum, Vrije Universitiet, Amsterdam, The Netherlands, Prentice-Hall of India, New Delhi 2000. | | | Hearsay 802/ Relevance 402/ Prejudice 403/ Authenticity 901/ Rule 37 [learned treatise; may be read to jury but not admitted] |
| 84 | | Compilation of Fee Statements | | | Hearsay 802/ Relevance 402/ Prejudice 403/ Authenticity 901/ Rule 37 [objections sustained pursuant to Order on Motion in *Limine*] |
| 85 | | Supplemental Compilation of Fee Statements | | | Hearsay 802/ Relevance 402/ Prejudice 403/ Authenticity 901/ |

798886.02

| | | | |
|---|---|---|---|
| | | | Rule 37 [objections sustained pursuant to Order on Motion *in Limine*] |
| 86 | | Summary Exhibit of Fee Statements | Hearsay 802/ Relevance 402/ Prejudice 403/ Authenticity 901/ Rule 37 [objections sustained pursuant to Order on Motion *in limine*] |
| 87 | | Supplemental Summary Exhibit of Fee Statements | Hearsay 802/ Relevance 402/ Prejudice 403/ Authenticity 901/ Rule 37 [objections sustained pursuant to Order on Motion *in limine*] |
| 88 | | Beneficial Innovations, Inc.'s Responses to Defendants' First Set of Common Interrogatories (7/17/13 Goldberg Depo Ex. 1002) | |
| 89 | | People v. Goldberg, 770 P.2d 408 (1989) (7/17/13 Goldberg Depo Ex. 1010) | Hearsay 802/ Relevance 402/ Prejudice 403/ Authenticity 901 [subject to Order on Agreed Motion *in Limine*] |
| 90 | | Declaration of Sheldon Goldberg in support of Amazon.com, Inc.'s Motion for Summary Judgment Limiting Plaintiff's Damages Claim, dated November 4, 2013 [Docket #403-6] | [may be used for impeachment only] |

798886.02

| | | | [Google seeks to use for impeachment only] | | |
|---|---|---|---|---|---|
| 91 | | | Settlement and Patent License Agreement between Beneficial Innovations, Inc. and Blockdot, Incorporated [Docket #387-5]<br>[Google seeks to use for impeachment only] | BEN0004351-<br>BEN0004365 | Relevance 402/<br>Prejudice 403<br>[objections sustained; Google must approach Bench prior to use] |
| 92 | | | Settlement and Patent License Agreement between Beneficial Innovations, Inc. and The Weather Channel Interactive, Inc. [Docket #387-6]<br>[Google seeks to use for impeachment only] | BEN0004315-<br>BEN0004333 | Relevance 402/<br>Prejudice 403<br>[objections sustained; Google must approach Bench prior to use] |
| 93 | | | Settlement and Patent License Agreement between Beneficial Innovations, Inc. and Washingtonpost.Newsweek Interactive Company, LLC [Docket #387-7]<br>[Google seeks to use for impeachment only] | BEN0004334-<br>BEN0004350 | Relevance 402/<br>Prejudice 403<br>[objections sustained; Google must approach Bench prior to use] |
| 94 | | | Confidential Settlement, Release and License Agreement between Beneficial Innovations, Inc. and AOL LLC [Docket #387-8]<br>[Google seeks to use for impeachment only] | BEN0004382-<br>BEN0004397 | Relevance 402/<br>Prejudice 403<br>[objections sustained; Google must approach Bench prior to use] |
| 95 | | | Patent License, Release and Settlement Agreement between Beneficial Innovations, Inc. and CareerBuilder LLC [Docket#387-9]<br>[Google seeks to use for impeachment only] | BEN0004366-<br>BEN0004381 | Relevance 402/<br>Prejudice 403<br>[objections sustained; Google must approach Bench prior to use] |
| 96 | | | Patent License, Release and Settlement Agreement between Beneficial Innovations, Inc. and Yahoo! Inc. [Docket #387-10]<br>[Google seeks to use for impeachment only] | BEN0004453-<br>BEN0004469 | Relevance 402/<br>Prejudice 403<br>[objections sustained; Google must approach Bench prior to use] |

798886.02

| | | | | |
|---|---|---|---|---|
| 97 | | | Confidential Settlement, Release and License Agreement between Beneficial Innovations, Inc. and CBS Interactive, Inc. [Docket #387-11] [Google seeks to use for impeachment only] | BEN0004300-BEN0004314 | Relevance 402/ Prejudice 403 [objections sustained; Google must approach Bench prior to use] |
| 98 | | | Confidential Settlement, Release and License Agreement between Beneficial Innovations, Inc. and Jabez Networks, Inc. [Docket #387-12] [Google seeks to use for impeachment only] | BEN0004409-BEN0004423 | Relevance 402/ Prejudice 403 [objections sustained; Google must approach Bench prior to use] |
| 99 | | | Settlement and Patent License Agreement between Beneficial Innovations, Inc. and Digg Inc. [Docket #387-13] [Google seeks to use for impeachment only] | BEN0004398-BEN0004408 | Relevance 402/ Prejudice 403 [objections sustained; Google must approach Bench prior to use] |
| 100 | | | Confidential Settlement, Release and License Agreement between Beneficial Innovations, Inc. and Tribune Interactive, Inc. [Docket #387-14] [Google seeks to use for impeachment only] | BEN0004438-BEN0004452 | Relevance 402/ Prejudice 403 [objections sustained; Google must approach Bench prior to use] |
| 101 | | | Settlement and Patent License Agreement between Beneficial Innovations, Inc. and The Dallas Morning News, Inc. [Docket #387-15] [Google seeks to use for impeachment only] | BEN0004424-BEN0004437 | Relevance 402/ Prejudice 403 [objections sustained; Google must approach Bench prior to use] |
| 102 | | | Settlement and Patent License Agreement between Beneficial Innovations, Inc. and Facebook, Inc. [Docket #387-16] [Google seeks to use for impeachment only] | BEN0004287-BEN0004299 | Relevance 402/ Prejudice 403 [objections sustained; Google must approach Bench prior to use] |
| 103 | | | Settlement and Patent License Agreement between Beneficial Innovations, Inc. and The New York Times Company [Docket #387-18] | BEN0001998-BEN0002015 | Relevance 402/ Prejudice 403 [objections sustained; |

798886.02

| | | | | [Google seeks to use for impeachment only] | | Google must approach Bench prior to use] |
|---|---|---|---|---|---|---|
| 104 | | | | Settlement Agreement between Beneficial Innovations, Inc. and Morris Communications Company, LLC [Docket #387-19] [Google seeks to use for impeachment only] | BEN0001980-BEN0001997 | Relevance 402/ Prejudice 403 [objections sustained; Google must approach Bench prior to use] |
| 105 | | | | Settlement and Patent License Agreement between Beneficial Innovations, Inc. and Comcast Corporation [Docket #387-20] [Google seeks to use for impeachment only] | BEN0001966-BEN0001979 | Relevance 402/ Prejudice 403 [objections sustained; Google must approach Bench prior to use] |
| 106 | | | | Google Inc.'s Notice of 30(b)(6) Deposition to Beneficial Innovations, Inc. dated January 29, 2013 [Google seeks to use for impeachment only] | | [may be used for impeachment only] |
| 107 | | | | Initial Expert Report of Dr. Kevin Almeroth re infringement of U.S. Patent Nos. 6,712,702 and 6,183,366 dated September 1, 2010 | EX000441-EX000670 | Relevance 402/ Prejudice 403 [Google may use for impeachment; agrees to approach Bench prior to seeking admission] |
| 108 | | | | Unredacted copy of Initial Expert Report of Dr. Kevin Almeroth re infringement of U.S. Patent Nos. 6,712,702 and 6,183,366 dated September 1, 2010 | | Relevance 402/ Prejudice 403 [Google may use for impeachment; agrees to approach Bench prior to seeking admission] |
| 109 | | | | Unredacted copy of Supplemental Expert Report of Dr. Kevin Almeroth re Infringement by The New York Times of U.S. Patent Nos. 6,712,702 and 6,183,366 dated October 25, 2010 | | Relevance 402/ Prejudice 403 [Google may use for impeachment; agrees to approach Bench prior to seeking admission] |

16

798886.02

| | | | | | |
|---|---|---|---|---|---|
| 110 | | | Complaint for Patent Infringement, Beneficial v. Blockdot (2:07-CV-00263) | | Relevance 402/ Prejudice 403 [ruling under submission before Judge Payne] |
| 111 | | | First Amended Complaint for Patent Infringement, Beneficial v. Blockdot (2:07-CV-00263) | | Relevance 402/ Prejudice 403 [ruling under submission before Judge Payne] |
| 112 | | | Second Amended Complaint for Patent Infringement, Beneficial v. Blockdot (2:07-CV-00263) | | Relevance 402/ Prejudice 403 [ruling under submission before Judge Payne] |
| 113 | | | DoubleClick Enterprise- Overview of ad serving models | EXPE017880-17882 (Michelson Depo. Ex. 68) | |
| 114 | | | DoubleClick Enterprise- Administrator Guide | EXPE003028-EXPE003122 (Michelsen Depo. Ex. 70) | |
| 115 | | | DART for Publishers Webmaster's Guide | AM00915-AM01029 (Bowen Depo Ex. 82) | |

17

798886.02