**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| GOOGLE INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 2:11-CV-229-JRG-RSP |
| | § | |
| BENEFICIAL INNOVATIONS, INC., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is Defendant Beneficial's "Motion for Judgment on the Pleadings re Count II in Google's Complaint in Intervention (for Attorney's Fees Under Texas Civ. Prac. & Rem. Code §28.001(8))" (Dkt. No. 384, filed October 14, 2013). The Magistrate Judge filed a report recommending that the motion be granted. (Report and Recommendation, Dkt. No. 462, filed December 10, 2013).

No portion of the Report and Recommendation was objected to. The Court finds that the Report and Recommendation should be, and is hereby, ADOPTED. Accordingly, Beneficial's "Motion for Judgment on the Pleadings re Count II in Google's Complaint in Intervention (for Attorney's Fees Under Texas Civ. Prac. & Rem. Code §28.001(8))" (Dkt. No. 384) is **GRANTED**.

**So ORDERED and SIGNED this 14th day of January, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE