**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 2:11-CV-229-JRG-RSP |
| ADVANCE PUBLICATIONS, INC., ET AL., | § § § § | |
| *Defendants.* | | |

**ORDER**

Before the Court is Defendant Amazon's "Motion for Summary Judgment of Indefiniteness" (Dkt. No. 307, filed May 30, 2013). The Magistrate Judge filed a report recommending that the motion be denied. (Report and Recommendation, Dkt. No. 466, filed December 13, 2013).

After reviewing the objected to portions of the Report and Recommendation de novo, the Court finds that the Report and Recommendation should be, and is hereby, ADOPTED. Accordingly, Beneficial's "Motion for Summary Judgment of Indefiniteness" (Dkt. No. 307) is **DENIED**.

**So ORDERED and SIGNED this 14th day of January, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE