# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> ADVANCE PUBLICATIONS, INC., ET § <br> AL., § <br> § <br> *Defendants.* § | Case No. 2:11-CV-229-JRG-RSP |

## ORDER

Before the Court is Defendant Amazon's "Motion for Summary Judgment of Indefiniteness" (Dkt. No. 307, filed May 30, 2013). The Magistrate Judge filed a report recommending that the motion be denied. (Report and Recommendation, Dkt. No. 466, filed December 13, 2013).

After reviewing the objected to portions of the Report and Recommendation de novo, the Court finds that the Report and Recommendation should be, and is hereby, ADOPTED. Accordingly, Beneficial's "Motion for Summary Judgment of Indefiniteness" (Dkt. No. 307) is **DENIED**.

**So ORDERED and SIGNED this 14th day of January, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE