IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GOOGLE, INC., <br><br>    Third-Party Plaintiff, <br><br>v. <br><br>BENEFICIAL INNOVATIONS, INC., <br><br>    Plaintiff, <br><br>v. <br><br>ADVANCE PUBLICATIONS, INC., a New York corporation; ALM MEDIA PROPERTIES, LLC, a Delaware limited liability company; AMAZON.COM, INC., a Delaware corporation; AMERICAN MEDIA, INC., a Delaware corporation; AUTOTRADER.COM, INC, a Delaware corporation; DELL INC., a Delaware corporation; DEMAND MEDIA, INC., a Delaware corporation; EXPEDIA, INC., a Delaware corporation; RODALE INC., a Pennsylvania corporation; SCRIPPS NETWORKS, LLC, a Delaware corporation; VIACOM INC., a Delaware corporation; VILLAGE VOICE MEDIA HOLDINGS, LLC, a Delaware corporation; <br><br>    Defendants. | CASE NO. 2:11-CV-229-JRG-RSP <br><br>**JURY TRIAL DEMANDED** |

**BENEFICIAL INNOVATIONS, INC.'S NOTICE OF SIXTH AMENDED EXHIBIT LIST**

    Beneficial Innovations, Inc. files this Notice providing the court with Beneficial's Sixth Amended Exhibit List.

Date: January 23, 2014                                   Respectfully submitted,

                                                                  By: /s/ *David E. Rosen*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone:    (903) 236-9800
Facsimile:    (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

David E. Rosen
CA State Bar No. 155385
Murphy Rosen Meylan & Davitt LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica, CA 90401
Telephone: 310-899-3300
Facsimile: 310-399-7201

Gregory S. Dovel
CA State Bar No. 135387
Julien Adams
CA State Bar No. 156135
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069
Email: greg@dovellaw.com
Email: julien@dovellaw.com

                                                                  **ATTORNEYS FOR PLAINTIFF**
                                                                  **BENEFICIAL INNOVATIONS, INC.**

## Certificate of Service

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all parties not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 23rd day of January, 2014.

                                          /s/ *David E. Rosen*
                                          David E. Rosen