```
                                                                   1




 1              IN THE UNITED STATES DISTRICT COURT

 2                FOR THE EASTERN DISTRICT OF TEXAS

 3                         MARSHALL DIVISION

 4   GOOGLE, INC.                *    Civil Docket No.

 5                                *    2:11-CV-229

 6   VS.                          *    Marshall, Texas

 7                                *

 8                                *    January 23,  2014

 9   BENEFICIAL INNOVATIONS, INC. *    2:30 P.M.

10                    TRANSCRIPT OF JURY TRIAL
            BEFORE THE HONORABLE JUDGE RODNEY GILSTRAP
11                  UNITED STATES DISTRICT JUDGE

12
     APPEARANCES:
13
     FOR THE PLAINTIFF:   MS. CHRISTA ANDERSON
14                        MS. JENNIFER HUBER
                          Keker & Van Nest
15                        633 Battery Street
                          San Francisco, CA   94111
16
                          MR. MICHAEL JONES
17                        MR. ALLEN GARDNER
                          Potter Minton Firm
18                        110 North College Street
                          Suite 500
19                        Tyler, TX   75702

20   APPEARANCES CONTINUED ON NEXT PAGE:

21   COURT REPORTERS:     MS. SHELLY HOLMES, CSR
                          MS. SUSAN SIMMONS, CSR
22                        Official Court Reporters
                          100 East Houston, Suite 125
23                        Marshall, TX   75670
                          (903) 923-7464
24

25   (Proceedings recorded by mechanical stenography,
```

transcript produced on CAT system.)

```
 1   APPEARANCES CONTINUED:

 2   FOR THE DEFENDANT:    MS. JULIEN ADAMS
                           Dovel & Luner
 3                         201 Santa Monica Blvd.
                           Suite 600
 4                         Santa Monica, CA   90401

 5                         MR. DAVID ROSEN
                           Murphy Rosen
 6                         100 Wilshire Blvd.
                           Suite 1300
 7                         Santa Monica, CA   90401

 8                         MS. ELIZABETH DERIEUX
                           MR. JEFF RAMBIN
 9                         Capshaw DeRieux
                           114 East Commerce
10                         Gladewater, TX   75647

11

12          ****************************************

13
                         P R O C E E D I N G
14

15           (Jury out.)

16

17           COURT SECURITY OFFICER:  All rise.

18           THE COURT:  Be seated, please.

19           All right.  Counsel, we received the

20   following note from the jury:  The jury has reached a

21   verdict.  January 23rd, 2014, at approximately 2:17

22   p.m., signed Ron Foster.

23           I assume Mr. Foster is the foreperson.

24           I'll hand the note to the courtroom deputy

25   to be made a part of the file.
```

3

```
 1                And we'll bring in the jury.
 2                COURT SECURITY OFFICER:  Yes, sir.
 3                All rise for the jury.
 4                (Jury in.)
 5                THE COURT:  Be seated, please.
 6                Mr. Foster, I understand you're the
 7   foreperson of the jury; is that correct?
 8                THE FOREPERSON:  That is correct, Your
 9   Honor.
10                THE COURT:  Has the jury reached a verdict?
11                THE FOREPERSON:  We have, Your Honor.
12                THE COURT:  In that case, would you please
13   hand the completed verdict form to the Court Security
14   Officer who will bring it to me?
15                All right.  Ladies and gentlemen, I'm going
16   to announce the verdict at this time.  And I want each
17   of the members of the jury to listen particularly
18   closely because after I have announced it, then I'm
19   going to ask each of you that this is your verdict so we
20   can confirm on the record that it is unanimous.
21                Turning to the completed verdict form.
22                Question 1:  Did Beneficial breach the
23   settlement agreement?  The answer is yes.
24                Question 2:  Having answered Question 1,
25   yes, is Google entitled to recover nominal damages in
```

```
 1   the amount of one dollar?  The answer is yes.
 2              And the verdict form is dated with today's
 3   date and signed by Mr. -- Mr. Foster as the foreperson
 4   of the jury.
 5              Ladies and gentlemen, let me poll you and
 6   make sure that this is the unanimous verdict of all
 7   eight members of the jury.
 8              If this is your verdict, as I have read it,
 9   would you please stand?
10              (Jurors stand.)
11              THE COURT:  Thank you.  You may be seated.
12              Let the record reflect that in response to
13   the Court's question, all eight members of the jury
14   immediately stood to confirm that the verdict as read
15   into the record is their unanimous verdict.
16              Ladies and gentlemen, this now completes the
17   trial of this case.  From the beginning, I have
18   instructed you repeatedly about not discussing the case
19   with anyone and not discussing it among yourselves until
20   you retire to deliberate.
21              I'm releasing you from those obligations
22   now.  You're free to talk about this case among
23   yourselves, with your friends, your family, with anyone
24   of your choosing, but I want you to also understand by
25   the same token, you are not required to talk about this
```

1   case with anyone.  That is strictly your decision and up
2   to you.  I know that the lawyers in this case would be
3   most interested in hearing from you if you're interested
4   in talking to them.
5              But you also need to understand that under
6   the custom and practice in this court, they cannot come
7   up to you and ask questions or initiate a conversation.
8   If you have a desire and are willing to discuss the case
9   and your service as jurors in this case with any of the
10  lawyers, then you have to go up to them and initiate the
11  conversation.  If you choose not to, you will be free to
12  walk right by them and they will not stop you or
13  initiate a conversation with you.  It is in your hands,
14  and it is your decision.
15             Also, ladies and gentlemen, on behalf of the
16  Court and our entire staff, I want to thank you for your
17  service in this case.  This is an important case to both
18  parties, and without your willingness to serve, we could
19  not have resolved this dispute as we have by way of your
20  verdict.  I do sincerely believe that you have rendered
21  significant public service as citizens.  And it's
22  something that you should each be proud of.
23             We do live in a country that's unique in all
24  the world in allowing and guaranteeing to each citizen
25  a right to a trial by jury in a civil case.  Other

1  country -- other democracies allow a right to trial in a
2  criminal case, but only the United States guarantees
3  each citizen under our 7th Amendment a right to trial by
4  jury in a civil case, and that right is only as strong
5  as the willingness of our citizens to participate in
6  jury service as you have done.  So you should rightly be
7  pleased and proud of what you've done.  It is no small
8  thing.
9           As I indicated, I'm about to release you
10 from your service as jurors.  I do have one request to
11 make of you, and this is my personal practice since I've
12 been on the bench.  Once I excuse you, you're free to
13 leave immediately, but my request would be that rather
14 than just immediately leave the courtroom, that you
15 retire back to the jury room for just a couple minutes
16 extra and give me the opportunity to come back and
17 personally shake each hand and thank you face-to-face
18 for your service.  I try to do that in every jury trial
19 where a verdict is returned, and I would certainly
20 appreciate that opportunity with you, but I want you to
21 understand that's not mandatory.  Your service is now
22 complete, and you're free to leave if you choose to.
23 But if you'd do me the honor of letting me thank you in
24 person and keep you just a few minutes extra, I would
25 certainly appreciate it.

7

 1            As I indicated earlier, this completes the
 2   trial of this case.  You are released from your service
 3   as jurors.  If you're willing to, I will see you in the
 4   jury room in just a few minutes, otherwise, you're free
 5   to go.
 6            COURT SECURITY OFFICER:  All rise.
 7            (Jury out.)
 8            THE COURT:  All right.  For the record, I'll
 9   hand the original executed verdict form to the courtroom
10   deputy to be included among the papers of this case.
11            Counsel, that completes the trial of this
12   cause.  You are released.  Thank you for your
13   participation.
14            (Court adjourned.)
15
16
17
18
19
20
21
22
23
24
25

8

```
 1                        CERTIFICATION

 2

 3           I HEREBY CERTIFY that the foregoing is a

 4    true and correct transcript from the stenographic notes

 5    of the proceedings in the above-entitled matter to the

 6    best of my ability.

 7

 8

 9     /s/
       SHELLY HOLMES                            Date
10     OFFICIAL REPORTER
       State of Texas No.: 7804
11     Expiration Date: 12/31/14

12

13     /s/
       SUSAN SIMMONS                            Date
14     COURT REPORTER
       State of Texas No.: 267
15     Expiration Date: 12/31/14

16

17

18

19

20

21

22

23

24

25
```