# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GOOGLE, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 2:11-CV-229 JRG-RSP |
| | § | |
| BENEFICIAL INNOVATIONS, INC., | § | |
| | § | |
| *Defendant.* | § | |

**MINUTES FOR JURY SELECTION/ JURY TRIAL DAY TWO
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
January 22, 2014**

**OPEN: 8:24 a.m.**                                                                                      **ADJOURN: 3:40 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Mike Jones |
| | Christa Anderson |
| | Jennifer Huber |
| | |
| ATTORNEYS FOR DEFENDANT: | Jeff Rambin |
| | Julien Adams |
| | David Rosen |
| | |
| LAW CLERK: | Wei Wang |
| | Rudy Fink |
| | |
| COURT REPORTER: | Shelly Holmes, CSR |
| | |
| COURTROOM DEPUTY: | Jan Lockhart |

8:24 a.m.   Court opened.  Exhibits used prior day read into the record.  Hearing outside the presence of the jury.

8:31 a.m.   Jury returned to courtroom.  Cross examination of Jonathan Bellack continued.

9:06 a.m.   Redirect examination of Mr. Bellack by Ms. Huber.

9:14 a.m.   Recross examination of Mr. Bellack by Mr. Rosen.

9:16 a.m.  Parties passed the witness.  Bench conference held.

9:18 a.m.  Discovery read into record by Ms. Huber. (Plaintiff's Exhibit 12 & 13) – Interrogatory and Admission responses.

9:26 a.m.  Deposition excerpts of Mr. Goldberg played.

9:52 a.m.  Bench conference.

9:53 a.m.  Morning recess.

10:12 a.m.  Direct of Peter Alexander by Ms. Anderson.

11:05 a.m.  Cross examination of Dr. Alexander by Mr. Rosen.

11:41 a.m.  Redirect of Dr. Alexander by Ms. Anderson.

11:44 a.m.  Parties passed the witness.  Plaintiff rests.  Will start at 1:00 p.m.

11:46 a.m. Hearing outside the presence of jury.

1:04 p.m. Video deposition of Nicholas Rockwell shown.

1:11 p.m.  Video deposition of Christopher Kulinski shown.

1:15 p.m.  Video deposition of Dale Hannon shown.

1:20 p.m.  Direct of Dr. Kevin Almeroth by Mr. Adams.

2:15 p.m. Cross examination of Dr. Almeroth by Ms. Anderson.

2:45 p.m.  Redirect examination of Dr. Almeroth.

2:48 p.m.  Bench conference.  Defendant rests.

3:09 p.m.  Jury excused until 10:30 a.m.  Judgments as a Matter of Law argued by Ms. Anderson and Mr. Adams.

3:37 p.m.  Informal charge conference at 9:00 a.m.

3:40 p.m.  Court adjourned.