# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GOOGLE, INC., § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Case No. 2:11-CV-229 JRG-RSP |
| § | |
| BENEFICIAL INNOVATIONS, INC., § | |
| § | |
| *Defendant.* § | |

## MINUTES FOR JURY SELECTION/ JURY TRIAL DAY THREE
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### January 23, 2014

**OPEN:** 10:50 a.m.                                                                                    **ADJOURN:** 2:35 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Mike Jones |
| | Christa Anderson |
| | Jennifer Huber |
| ATTORNEYS FOR DEFENDANT: | Jeff Rambin |
| | Julien Adams |
| | David Rosen |
| LAW CLERK: | Wei Wang |
| | Rudy Fink |
| COURT REPORTER: | Shelly Holmes, CSR |
| COURTROOM DEPUTY: | Jan Lockhart |

10:50 a.m.   Court opened.  Hearing outside the presence of the jury.

11:12 a.m.   Court reconvened.

11:50 a.m.   Closing Arguments.  Ms. Anderson argued on behalf of Google, Inc.  Mr. Adams argued on behalf of Beneficial Innovations, Inc.

12:45 p.m.   Court's final instructions to the jury.  Jury began deliberations.

2:32 p.m.  Court reconvened.  Jury note received.

Verdict received.  Verdict unanimous.

2:35 p.m. Jury released.  Court adjourned.