# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ADVANCE PUBLICATIONS, INC., a New York corporation; ALM MEDIA PROPERTIES, LLC, a Delaware limited liability company; AMAZON.COM, INC., a Delaware corporation; AMERICAN MEDIA, INC., a Delaware corporation; AUTOTRADER.COM, INC., a Delaware corporation; DELL INC., a Delaware corporation; DEMAND MEDIA, INC., a Delaware corporation; EXPEDIA, INC., a Delaware corporation; RODALE INC., a Pennsylvania corporation; SCRIPPS NETWORKS, LLC, a Delaware corporation; VIACOM INC., a Delaware corporation; VILLAGE VOICE MEDIA HOLDINGS, LLC, a Delaware corporation;, <br><br> Defendants. | CASE NO. 2:11-CV-229-JRG-RSP <br><br> **Jury Trial Demanded** |

## NOTICE OF COMPLIANCE

Pursuant to the Court's Docket Control Order (Dkt. No. 557), Defendant Amazon.com, Inc. notifies the Court that on June 23, 2014, all counsel of record were served via electronic mail with Defendant Amazon.com, Inc.'s (1) Objections to Beneficial's Third Amended Trial Exhibit List, (2) Objections to Beneficial's Amended Counter-Designations, and (3) Objections to Beneficial's Rebuttal Deposition Designations.

.

Respectfully submitted,

*/s/ Joshua R. Thane*
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1002
Fax: (903) 255-0800
jdoan@haltomdoan.com
jthane@haltomdoan.com

Alan M. Fisch
R. William Sigler
FISCH SIGLER LLP
5335 Wisconsin Avenue NW
Eighth Floor
Washington, DC 20015
Telephone: (202) 362-3500
Fax: (202) 362-3501
alan.fisch@fischllp.com
bill.sigler@fischllp.com

**ATTORNEYS FOR DEFENDANT AMAZON.COM, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 14th day of June, 2014.

*/s/ Joshua R. Thane*
Joshua R. Thane