# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC., | § | |
| *Plaintiff,* | § | |
| v. | § | Case No. 2:11-CV-229-JRG-RSP |
| ADVANCE PUBLICATIONS, INC., et al., | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is Defendant Amazon.com, Inc.'s Motion for Summary Judgment Limiting Plaintiff's Damages Claim (Dkt. No. 387, filed October 16, 2013). The Magistrate Judge filed a report recommending that the motion be denied. (Report and Recommendation, Dkt. No. 481, filed January 6, 2014).

After reviewing the objected to portions of the Report and Recommendation de novo, the Court finds that the Report and Recommendation should be, and is hereby, ADOPTED. Accordingly, Amazon.com, Inc.'s Motion for Summary Judgment Limiting Plaintiff's Damages Claim (Dkt. No. 387) is **DENIED**.

**So ORDERED and SIGNED this 8th day of July, 2014.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE