**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC. | § § | |
| v. | § § | Case No. 2:11-CV-229-JRG-RSP |
| ADVANCE PUBLICATIONS, INC., et al. | § | |

## ORDER

Before the Court is Defendant's letter brief requesting permission to file a motion for summary judgment of non-infringement (Dkt. No. 601, filed July 16, 2014.) The Court hereby GRANTS Defendant's request as follows: Defendant's brief shall be due at 2:00 p.m. CDT on Monday, July 21, 2014; Plaintiff's response shall be due at the end of the day on Friday, July 25, 2014; and Defendant's reply shall be due at 5:00 p.m. CDT on Monday July 28, 2014.

**SIGNED this 16th day of July, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE