**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| Beneficial Innovations, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Advance Publications, Inc., et al., <br><br> Defendants. | Case No. 2:11-cv-229-JRG-RSP <br><br> **Jury Trial Demanded** |

**Joint Motion for Dismissal**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Beneficial Innovations, Inc. and Defendant Amazon.com, Inc. jointly move for dismissal with prejudice of their respective claims and counterclaims in the above action. The parties further move that all attorneys fees and costs in the above action be borne by the party who incurred them.

A proposed dismissal is attached.

Dated: July 29, 2014

Respectfully submitted,

By: /s/ Jeff Eichmann
John Jeffrey Eichmann
CA State Bar. No. 227472
(Admitted to practice in the Eastern District of Texas)
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:  310-656-7066
Facsimile:  310-657-7069
jeff@dovellaw.com

Gregory S. Dovel
CA State Bar No. 135387
Julien Adams
CA State Bar No. 156135
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:  310-656-7066
Facsimile:  310-657-7069
greg@dovellaw.com
julien@dovellaw.com

David E. Rosen
CA State Bar No. 155385
Murphy Rosen LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica, CA 90401
Telephone:  310-899-3300
Facsimile:   310-399-7201

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
CAPSHAW DERIEUX, L.L.P.
114 E. Commerce
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email:  capshaw@capshawlaw.com
Email:  ederieux@capshawlaw.com

ATTORNEYS FOR PLAINTIFF
BENEFICIAL INNOVATIONS

By: */s/ Alan M. Fisch (with permission)*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
John T. Battaglia
*john.battaglia@fischllp.com*
Jeffrey M. Saltman
*jeffrey.saltman@fischllp.com*
FISCH SIGLER LLP
5335 Wisconsin Avenue, NW
Eighth Floor
Washington, DC 20015
Tel: (202) 362-3500

David M. Saunders
*david.saunders@fischllp.com*
S. Desmond Jui
*desmond.jui@fischllp.com*
FISCH SIGLER LLP
96 North Third Street
Suite 260
San Jose, CA 95112
Tel: (650) 362-8200

Jennifer H. Doan
Texas Bar No. 08809050
*jdoan@haltomdoan.com*
Joshua R. Thane
Texas Bar No. 24060713
*jthane@haltomdoan.com*
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Tel: (903) 255-1000

ATTORNEYS FOR AMAZON.COM, INC.

2

## CERTIFICATE OF SERVICE

      I certify that this document is being served on all counsel of record on the above listed filing date via the ECF filing system.

                        */s/ Jeff Eichmann*
                        John Jeffrey Eichmann