**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| GOOGLE INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> BENEFICIAL INNOVATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED PUBLICATIONS, INC., a New York corporation; ALM MEDIA PROPERTIES, LLC, a Delaware limited liability company; AMAZON.COM, INC., a Delaware corporation; AMERICAN MEDIA, INC., a Delaware corporation; AUTOTRADER.COM, INC., a Delaware corporation; DELL INC., a Delaware corporation; DEMAND MEDIA, INC., a Delaware corporation; EXPEDIA, INC., a Delaware corporation; RODALE INC., a Pennsylvania corporation; SCRIPPS NETWORKS, LLC, a Delaware corporation; VIACOM INC., a Delaware corporation; VILLAGE VOICE MEDIA HOLDINGS, LLC, a Delaware corporation <br><br> Defendants. | Case No. 2:11-cv-229-JRG-RSP <br><br><br> **JURY TRIAL DEMANDED** |

**GOOGLE INC.'S NOTICE OF REQUEST FOR ORAL HEARING REGARDING ITS
MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES [DKT. 537] AND
MOTION FOR ENTRY OF JUDGMENT [DKT. 540]**

Pursuant to L.R. 7(g), Third-Party Plaintiff Google Inc. hereby respectfully requests an oral hearing on its Motion for Attorneys' Fees, Costs and Expenses (Dkt. 537) and Motion for Entry of Judgment (Dkt. 540) filed on February 24, 2014 at the Court's earliest convenience. Full briefing has been completed on these motions and the issues remain outstanding.

{A07/07713/0025/W1203743.1 }

Dated: August 1, 2014

Respectfully submitted,

By: */s/ Michael E. Jones*
Christa M. Anderson
canderson@kvn.com
Jennifer A. Huber
jhuber@kvn.com
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

E. Danielle T. Williams
dtwilliams@kilpatricktownsend.com
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 607-7300
Facsimile: (336) 607-7500

D. Clay Holloway
cholloway@kilpatricktownsend.com
1100 Peachtree Street, N.E., Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Michael E. Jones
Texas State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON
110 N. College, Suite 500
Tyler, TX 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Attorneys for Third-Party Plaintiff
GOOGLE, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 1, 2014.

*/s/ Michael E. Jones*